UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State of California,

     Plaintiff(s),       Case No. 21-11170

v.               Honorable Denise Page Hood

Sumitomo Riko Co. Ltd.      Magistrate Judge Curtis Ivy, Jr.

     Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

  This case appears to be a companion case to Case No. __12-MD-02311__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Sean F. Cox__ and Magistrate Judge __R. Steven Whalen__.

                s/Denise Page Hood
                Denise Page Hood
                United States District Judge

                s/Sean F. Cox
                Sean F. Cox
                United States District Judge

  Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
  Case type: __CIVIL__

  If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __June 11, 2021__         s/N. Ahmed
                Deputy Clerk

cc:  Parties and/or counsel of record
   Honorable Sean F. Cox